IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CYNTHIA J. GONZALEZ,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Civ. Action No. 3:25-cv-1358 |
| **CORGAN ASSOCIATES, INC.,** | § § § | |
| **Defendant.** | § § | |

## AMENDED JOINT DESIGNATION OF MEDIATOR

Pursuant to the Court's Scheduling Order (Doc. 22), Plaintiff Cynthia J. Gonzalez and Defendant Corgan Associates, Inc., by and through their respective counsel, hereby jointly designate and agree to the following individuals as potential mediators in this matter:

1. **Greg Rosenberg**
   ROSENBERG & ASSOCIATES
   3518 Travis St., Suite 200
   Houston, Texas 77002
   Ph: (832) 900-7496
   Fax: (713) 621-6670

2. **Greg Bourgeois**
   LAKESIDE MEDIATION CENTER
   3825 Lake Austin Blvd., Suite 403
   Austin, Texas 78703
   Ph: (512) 477-9300
   greg@lakesidemediation.com

The parties are currently conferring regarding availability and the timing of mediation and will schedule a mediation accordingly. Both Mr. Rosenberg and Bourgeois have been contacted regarding mediation in this matter, and the parties have agreed to limit their selection to Mr. Rosenberg and Mr. Bourgeois based on availability that best accommodates the parties, their necessary representatives, and their counsel.

Dated: September 22, 2025

Respectfully submitted,

**WALLS LANDRY BAKER & OLIVER, PLLC**

*/s/ Patrick M. W. Arnold (with permission)*
Patrick M. W. Arnold
State Bar No. 24109596
parnold@wlbofirm.com
5910 North Central Expy, Ste. 1560
Dallas, Texas 75206
(214) 265-1231 – Telephone
(972) 280-7634 – Facsimile

**ATTORNEY FOR PLAINTIFF**

**-AND-**

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Nellie Gomez*
**Laura E. De Santos**
State Bar No. 00793612
ldesantos@grsm.com
**Nellie Gomez**
State Bar No. 00798211
ngomez@grsm.com
1900 West Loop South, Suite 1000
Houston, Texas 77027
Telephone: (713) 961-3366
Facsimile: (713) 961-3938

**Soña J. Garcia**
State Bar No. 24045917
sjgarcia@grsm.com
2200 Ross Avenue, Suite 3700
Dallas, Texas 75201
Telephone: (214) 231-4660
Facsimile: (214) 461-4053

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I certify that on September 22, 2025, the foregoing document was filed and served using the Court's ECF system.

      */s/ Nellie Gomez*
      **Nellie Gomez**