IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CYNTHIA J. GONZALEZ,<br>Plaintiff, | §<br>§<br>§<br>§ |
| v. | §   Civ. Action No. 3:25-cv-1358 |
| | § |
| CORGAN ASSOCIATES, INC.,<br>Defendant. | §<br>§<br>§ |

### JOINT MEDIATION STATUS REPORT AND
### MOTION TO EXTEND DEADLINE FOR MEDIATION

Pursuant to the Court's Scheduling Order (Doc. 22), which requires the parties to complete mediation by January 16, 2026 and file a Joint Mediation Report by January 23, 2026, Plaintiff Cynthia J. Gonzalez and Defendant Corgan Associates, Inc. respectfully submit this Joint Status Report and Motion to Extend the Mediation Deadline and would show unto the Court as follows:

**I.     STATUS OF MEDIATION EFFORTS**

The parties conferred and discussed the timing of mediation and when it would be most effective in this matter. The parties agreed that mediation would be most effective after written discovery. Accordingly, the parties have engaged in written discovery, including the exchange of initial disclosures and extensive written discovery requests, written responses, and document productions. Further discovery is expected, but having meaningfully engaged in the process and afforded each other the time needed for meaningful review and discussion of same, the parties are now prepared to proceed to mediation.

As previously reported and agreed, the parties confirmed their selection of mediators and agreed to mediate with Greg Rosenberg of Rosenberg & Associates or, alternatively, Greg Bourgeois of Lakeside Mediation Center.

Due to the holidays, scheduling conflicts, and the need to complete certain discovery before mediation, the parties have not been able to scheduled mediation until February 23, 2026.

In the interim, the parties have agreed to engage in formal settlement discussions prior to mediation in an effort to narrow issues, facilitate productive negotiations, and increase the likelihood of resolution at mediation or alternative resolve the matter without the need to mediate.

## II.   REQUEST FOR EXTENSION

The parties respectfully request that the Court extend the deadline to complete mediation from January 16, 2026, to February 23, 2026, and allow the Joint Mediation Report to be filed within seven (7) days after mediation (March 2, 2026).

This extension is necessary to accommodate the mediator's availability and ensure that the parties can engage in meaningful settlement discussions after completing key discovery. The requested extension will not affect any other deadlines, including the trial setting of December 7, 2026.  The extension is not sought for delay and so that meaningful settlement efforts can be made by the parties.

## III.   PRAYER

WHEREFORE, the parties jointly request that the Court grant this Motion and enter an order extending the mediation deadline to February 23, 2026, and adjusting the reporting deadline accordingly.

Respectfully submitted,

**WALLS LANDRY BAKER & OLIVER, PLLC**

*/s/ Patrick M. W. Arnold*
Patrick M. W. Arnold
State Bar No. 24109596
parnold@wlbofirm.com
5910 North Central Expy, Ste. 1560
Dallas, Texas 75206
(214) 265-1231 – Telephone
(972) 280-7634 – Facsimile

**ATTORNEY FOR PLAINTIFF**

**-AND-**

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Nellie Gomez*
**Laura E. De Santos**
State Bar No. 00793612
ldesantos@grsm.com
**Nellie Gomez**
State Bar No. 00798211
ngomez@grsm.com
1900 West Loop South, Suite 1000
Houston, Texas 77027
Telephone:  (713) 961-3366
Facsimile:  (713) 961-3938

**Soña J. Garcia**
State Bar No. 24045917
sjgarcia@grsm.com
2200 Ross Avenue, Suite 3700
Dallas, Texas 75201
Telephone:  (214) 231-4660
Facsimile:  (214) 461-4053

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I certify that on January 16, 2026, the foregoing document was filed and served using the Court's ECF system.

*/s/ Nellie Gomez*
Nellie Gomez
